**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 05-1114

———————————

VIKRAM SINGH,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration Appeals.  (A79-282-076)

———————————

Submitted:  June 20, 2005                    Decided:  July 19, 2005

———————————

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

———————————

Petition dismissed by unpublished per curiam opinion.

———————————

Vikram Singh, Petitioner Pro Se.  Michelle Elizabeth Gorden, Eric Warren Marsteller, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vikram Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals (Board) denying as untimely his motion to reopen removal proceedings. As Singh raises no challenges to this order and instead raises issues relevant to an order of the Board of April 20, 2004, that is not before us in this appeal, we dismiss the petition for review. See Stone v. INS, 514 U.S. 386, 405 (1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED